IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SANDRA FRIERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16-00034-CV-W-REL ) |
| ENHANCED RECOVERY CO, LLC, | ) ) |
| Defendant. | ) |

## ORDER

Pursuant to the Stipulation of Dismissal With Prejudice filed by plaintiff prior to the filing of an answer or motion for summary judgment by the defendant and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is

ORDERED that this case is dismissed with prejudice with no award of costs or fees.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
March 17, 2016